# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

───────────────────────

Case No. 6D2023-3876
Lower Tribunal No. 2015-CA-007726-O

───────────────────────

ALLISON CAMPBELL THURSTON, individually and as Personal Representative of the ESTATE OF WALLACE HOWARD THURSTON,

Appellant,

v.

KIMBERLY ROYAL AND TAMMY DICKERSON, individually and as Co-Personal Representatives of the ESTATE OF SHARON SHINKLE THURSTON, et al.,

Appellees.

───────────────────────

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

December 2, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.

Rebecca Bowen Creed and Nicholas P. McNamara, of Creed & Gowdy, P.A., Jacksonville, and Timothy H. David and D. Paul McCaskill, of David & Philpot, P.L., Longwood, for Appellant.

Lisa C. McCrystal and Margaret A. Wharton, of Wharton Law Group, P.A., Oviedo, for Appellees, Kimberly Royal and Tammy D. Dickerson, individually and as Co-Representatives of the Estate of Sharon Shinkle Thurston.

No Appearance for Other Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED